UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOE LARRY NANLAP,

Petitioner,

v.

RAFAEL ACEVEDO, Warden,

Respondent.

No. 2:24-cv-00025-WBS-EFB (HC)

ORDER

Petitioner is a state prisoner proceeding without counsel in a habeas action brought pursuant to 28 U.S.C. § 2254.  ECF No. 1.  Petitioner filed his petition for writ of habeas corpus on January 4, 2024.  *Id.*  On February 6, 2026 respondent filed a motion to dismiss the petition.  Arguing that it includes unexhausted claims.  ECF No. 12.  Petitioner has not filed a response to the motion to dismiss, nor has he requested additional time to respond.  Petitioner has not filed anything with the court since March 10, 2025.  ECF No. 4

Petitioner is hereby ORDERED to file either an opposition or a notice of non-opposition to respondent's motion to dismiss (ECF No. 12) within seven days of the date of this order.  Petitioner is cautioned that failure to do so might be deemed a waiver of any opposition to the granting of respondent's motion pursuant to Local Rule 230(l).  In addition, plaintiff is cautioned that failure to comply with this order may result in sanctions, up to and including dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: July 6, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE