UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOE LARRY NANLAP,<br>Petitioner,<br>v.<br>RAFAEL ACEVEDO, Warden,<br>Respondent. | No. 2:24-cv-00025-WBS-EFB (HC)<br><br>ORDER |

Petitioner is a state prisoner proceeding without counsel in a habeas action brought pursuant to 28 U.S.C. § 2254. ECF No. 1. On February 26, 2026, respondent filed a motion to dismiss the petition because it includes unexhausted claims. ECF No. 12. Petitioner did not file a response to the motion to dismiss, nor did he request additional time to respond. As a result, on July 6, 2026, this court issued an order requiring petitioner to file either an opposition or a notice of non-opposition to respondent's motion to dismiss within seven days. ECF No. 13. Petitioner was cautioned that failure to comply with the court's order might be deemed a waiver of any opposition to the granting of respondent's motion pursuant to Local Rule 230(l). *Id.* He was further cautioned that failure to comply with the order might result in sanctions, up to and including dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b). *Id.*

Petitioner did not file a response until July 24, 2026, well after the court's requirement of filing a response within seven days. ECF No. 14. In that response, petitioner requests a stay pursuant to *Rhines v. Weber,* 544 U.S. 269, 274 (2005) in lieu of a dismissal. *Id.* Respondent has not replied, and the court recognizes that he may not have done so because of petitioner's lengthy

delay. Nonetheless, the court finds that the most prudent option is to address respondent's request for a stay on the merits. Accordingly, the court ORDERS respondent to file a reply to petitioner's filing, or a statement of non-opposition to a *Rhines* stay, within seven days of the date of this order.

Dated: August 20, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE