UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOE LARRY NANLAP,<br>Petitioner,<br>v.<br>RAFAEL ACEVEDO, Warden,<br>Respondent. | No. 2:24-cv-00025-WBS-EFB (HC)<br><br><u>ORDER</u> |

Petitioner proceeds without counsel in this petition for writ of habeas corpus. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 25, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. No party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

proper analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's motion to dismiss (ECF No. 12) is GRANTED.
2. Petitioner's motion for a *Rhines* stay (ECF No. 14) is DENIED.
3. The petition for writ of habeas corpus (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for failure to exhaust state remedies.
4. The Clerk of Court is directed to close the case.

Dated: September 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE